IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>INTERMEC TECHNOLOGIES CORP., a Washington corporation,<br>Defendant. | )<br>)<br>)<br>) Civil Action No. 05-147<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admissions *pro hac vice* of the following attorneys to represent the plaintiff, Symbol Technologies, Inc. in this matter:

Eric J. Lobenfeld, Esquire
Ira J. Schaefer, Esquire
Tedd W. Van Buskirk, Esquire
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022
(212) 637-5000

BOUCHARD MARGULES & FRIEDLANDER, P.A.

Dated: March 22, 2005

*[signature]* John M _____ (#3868) for
Andre G. Bouchard (I.D. No. 2254)
Karen L. Pascale (I.D. No. 2903)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
*Attorneys for Plaintiff Symbol Technologies, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2005, that counsel's motion for admission pro hac vice is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Eric J. Lobenfeld
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: EJLobenfeld@HHLAW.com

Dated: March 17, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of New York and Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Ira J. Schaefer
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: IJSchaefer@HHLAW.com

Dated: March 17, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State(s) of New York and New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: TWVanBuskirk@HHLAW.com

Dated: March 18, 2005