IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERMEC TECHNOLOGIES CORP., a Washington corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-147-SLR <br><br> **DEMAND FOR JURY TRIAL** |

## INTERMEC'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant and counterclaimant Intermec Technologies Corp. states that Unova, Inc. is its parent corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
 *Attorneys for Defendant Intermec*
 *Technologies Corp.*

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774


March 23, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 23, 2005 I electronically filed Intermec's Rule 7.1 Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing to Karen L. Pascale (kpascale@bmf-law.com).

I also certify that copies were caused to be served on March 24, 2005 upon the following in the manner indicated:

**BY HAND**

Karen L. Pascale, Esquire
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld, Esquire
Hogan & Hartson
875 Third Avenue
New York, NY  10022

/s/     Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com