IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-147-SLR |
| ) | |
| INTERMEC TECHNOLOGIES CORP., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Frederick A. Lorig and Bruce R. Zisser, Bright & Lorig, 633 West Fifth Street, Suite 3330, Los Angeles, CA 90071 to represent defendant in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
(302) 658-9200
    Attorneys for Defendant and Counterclaim-
    Plaintiff Intermec Technologies Corp.

Date:   March 25, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: March 24, 2005

Frederick A. Lorig
Bright & Lorig
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
(213) 627-7774

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 3/24/05

Bruce R. Zisser
Bright & Lorig
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
(213) 627-7774

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 25, 2005 I electronically filed Motion and Order for Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>   Karen L. Pascale
>   Bouchard, Margules & Friedlander
>   Suite 1400
>   222 Delaware Avenue
>   Wilmington, DE  19801

I also certify that copies were caused to be served on March 25, 2005 upon the following in the manner indicated:

**BY HAND**

>   Karen L. Pascale, Esquire
>   Bouchard, Margules & Friedlander
>   222 Delaware Avenue
>   Suite 1400
>   Wilmington, DE  19801

**BY FEDERAL EXPRESS**

>   Eric J. Lobenfeld, Esquire
>   Hogan & Hartson
>   875 Third Avenue
>   New York, NY  10022

>   /s/    Jack B. Blumenfeld (#1014)
>   Morris, Nichols, Arsht & Tunnell
>   1201 N. Market Street
>   P.O. Box 1347
>   Wilmington, DE  19899
>   (302) 658-9200
>   jblumenfeld@mnat.com