BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO

May 19, 2005

**By E-Filing**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

RE: *Symbol Technologies, Inc. v. Intermec Technologies Corp.*, D. Del.,
C.A. No. 05-147-SLR

Dear Chief Judge Robinson:

In advance of tomorrow morning's telephonic scheduling conference, and in accordance with the Court's April 19, 2005 Order (D.I. 10), the parties have conferred and submit the enclosed proposed Scheduling Order. Where the parties offer competing dates or terms, their respective proposals are clearly indicated in the text.

Respectfully submitted,

Karen L. Pascale
(Bar I.D. No. #2903)

Enclosure

cc: Jack B. Blumenfeld, Esquire (with enclosure) (by hand)
Carson Veach, Esquire (with enclosure) (by e-mail)
Frederick A. Lorig, Esquire (with enclosure) (by e-mail)
Eric J. Lobenfeld, Esquire (with enclosure) (by e-mail)