IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES CORP., a Delaware corporation, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| v. ) | Civil Action No. 05-147 (SLR) |
| )<br>INTERMEC TECHNOLOGIES CORP., )<br>a Washington corporation, )<br>) | |
| Defendant. )<br>) | |

## NOTICE OF SERVICE

Copies of Intermec's First Set of Interrogatories to Symbol and Intermec's First Set of Requests to Symbol for the Production of Documents and Things were caused to be served on May 24, 2005 upon the following in the manner indicated:

**BY HAND**
Karen L. Pascale, Esq.
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

**BY FEDERAL EXPRESS**
Eric J. Lobenfeld, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Intermec Technologies Corp.

OF COUNSEL:
Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071
(213) 627-7774

Carson Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2005, I electronically filed the attached Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to Jack B. Blumenfeld, Eric J. Lobenfeld, Karen L. Pascale, Ira J. Schaefer and Tedd W. Van Buskirk.

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com