BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO

June 7, 2005

**_By E-Filing_**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      RE:    ***Symbol Technologies, Inc. v. Intermec Technologies Corp.*, D. Del.,**
           **C.A. No. 05-147-SLR**

Dear Chief Judge Robinson:

      Pursuant to the May 20, 2005 telephonic scheduling conference and subsequent communications with the Court, the parties submit the enclosed joint proposed Scheduling Order.

                              Respectfully submitted,

                              Karen L. Pascale
                              (Bar I.D. No. #2903)

Enclosure

cc:    Jack B. Blumenfeld, Esquire (with enclosure) (by hand)
       Carson Veach, Esquire (with enclosure) (by e-mail)
       Frederick A. Lorig, Esquire (with enclosure) (by e-mail)
       Eric J. Lobenfeld, Esquire (with enclosure) (by e-mail)