IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation,<br>　　　　　　　Plaintiff,<br>　v.<br>INTERMEC TECHNOLOGIES CORP., a Washington Corporation,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-147-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of the following attorneys to represent the plaintiff, Symbol Technologies, Inc., in this matter:

> Jonathan M. Sobel
> Ernest Yakob
> Mitchell S. Feller
> Huanyong Gao
> Hogan & Hartson L.L.P.
> 875 Third Avenue
> New York, NY 10022
> Tel: (212) 918-3000

> BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
> By: /s/ Karen L. Pascale
> 　　Andre G. Bouchard (I.D. No. 2504)
> 　　Karen L. Pascale (I.D. No. 2903)
> 　　222 Delaware Avenue, Suite 1400
> 　　Wilmington, Delaware
> 　　Telephone: (302) 573-3500
> 　　[abouchard@bmf-law.com]
> 　　[kpascale@bmf-law.com]

Dated: June 13, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of June, 2005, that counsel's motion for admission pro hac vice is granted.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Jonathan M. Sobel
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: JMSobel@HHLAW.com

Dated: June 7, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Ernest Yakob
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: EYakob@HHLAW.com

Dated: June 10, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                            _____
                                                            Mitchell S. Feller
                                                            HOGAN & HARTSON L.L.P.
                                                            875 Third Avenue
                                                            New York, NY 10022
                                                            Tel: (212) 918-3000
                                                            Fax: (212) 918-3100
                                                            E-mail: MSFeller@HHLAW.com

Dated: June 10, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Huanyong Gao
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
E-mail: HGao@HHLAW.com

Dated: June 7, 2005

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on June 13, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Motion and Order for Admissions Pro Hac Vice* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801
> [jblumenfeld@mnat.com]

I further certify that on June 13, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

> ***By FedEx***
>
> Frederick A. Lorig, Esquire
> Bruce R. Zisser, Esquire
> BRIGHT & LORIG, P.C.
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA  90071
>
> Carson Veach, Esquire
> Leland W. Hutchinson, Jr., Esquire
> Jennifer Fitzgerald, Esquire
> FREEBORN & PETERS LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, IL  60606

>        /s/ Karen L. Pascale
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
> Karen L. Pascale (#2903) [kpascale@bmf-law.com]
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
>    *Attorneys for Plaintiff, Symbol Technologies, Inc.*