IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>INTERMEC TECHNOLOGIES CORP., a Washington Corporation,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-147-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

**Symbol Technologies, Inc.'s Third Set of Interrogatories to Intermec Technologies Corp. (No. 17)**;

were served on July 8, 2005, on the following counsel of record in the manner indicated below:

#### *By Hand*

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801

#### *By FedEx*

Frederick A. Lorig, Esquire
Bruce R. Zisser, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street
Suite 3330
Los Angeles, CA 90071

Carson Veach, Esquire
Leland W. Hutchinson, Esquire
Jennifer Fitzgerald, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

BOUCHARD MARGULES & FRIEDLANDER, P.A.

July 11, 2005

/s/ Karen L. Pascale
Andre G. Bouchard (I.D. No. 2504)
Karen L. Pascale (I.D. No. 2903)
  [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500

*Attorneys for Plaintiff/Counterclaim
Defendant, Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on July 11, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>MORRIS NICHOLS ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>[jbbefiling@mnat.com]

I further certify that on July 11, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By FedEx*

>Frederick A. Lorig, Esquire
>BRIGHT & LORIG, P.C.
>633 West Fifth Street
>Suite 3330
>Los Angeles, CA 90071
>[florig@brightlorig.com]

>Carson Veach, Esquire
>Leland W. Hutchinson, Esquire
>Jennifer Fitzgerald, Esquire
>FREEBORN & PETERS LLP
>311 South Wacker Drive
>Suite 3000
>Chicago, IL 60606
>[cveach@freebornpeters.com]

>         /s/ Karen L. Pascale
>BOUCHARD MARGULES & FRIEDLANDER, P.A.
>Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
>Karen L. Pascale (#2903) [kpascale@bmf-law.com]
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>(302) 573-3500
>   *Attorneys for Plaintiff, Symbol Technologies, Inc.*