IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES CORP., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERMEC TECHNOLOGIES CORP., <br> a Washington corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-147 (SLR) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of **Intermec Technologies Corp.'s Response to Symbol's First Set of Interrogatories; Intermec Technologies Corp.'s Response to Symbol Technologies, Inc.'s First Set of Requests for Documents and Things; Intermec Technologies Corp.'s Response to Symbol's Second Set of Interrogatories; Intermec's Responses to Symbol's Second Set of Requests for Documents and Things** were caused to be served on July 15, 2005 upon the following in the manner indicated:

**BY HAND**

Karen L. Pascale
Bouchard, Margules & Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Eric J. Lobenfeld
Hogan & Hartson
875 Third Avenue
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*

---
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Intermec Technologies Corp.

OF COUNSEL:

Frederick A. Lorig
Bruce R. Zisser
BRIGHT & LORIG
633 West Fifth Street
Suite 3330
Los Angeles, CA  90071
(213) 627-7774

Carson Veach
Leland W. Hutchinson, Jr.
Jennifer Fitzgerald
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

July 15, 2005
466990

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing were caused to be served on the 15th day of July 2005 upon the following in the manner indicated:

### **BY HAND**

Karen L. Pascale, Esq.
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE  19801

### **BY FEDERAL EXPRESS**

Eric J. Lobenfeld, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY  10022

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)