IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERMEC TECHNOLOGIES CORP., a Washington Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 05-147-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

> Symbol Technologies, Inc.'s Responses and Objections to Intermec Technologies Corp.'s First Set of Interrogatories; and
>
> Symbol Technologies, Inc.'s Responses and Objections to Intermec Technologies Corp.'s First Set of Requests for the Production of Documents and Things;

were served on July 15, 2005, on the following counsel of record in the manner indicated below:

### By E-mail

Jack B. Blumenfeld, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
[jblumenfeld@mnat.com]

Frederick A. Lorig, Esquire
BRIGHT & LORIG, P.C.
633 West Fifth Street, Suite 3330
Los Angeles, CA 90071
[florig@brightlorig.com]

### By FedEx

Carson Veach, Esquire
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

BOUCHARD MARGULES & FRIEDLANDER, P.A.

July 18, 2005

/s/ Karen L. Pascale
Andre G. Bouchard (I.D. No. 2504)
Karen L. Pascale (I.D. No. 2903)
  [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
(302) 573-3500

*Attorneys for Plaintiff/Counterclaim Defendant, Symbol Technologies, Inc.*

OF COUNSEL:

Eric J. Lobenfeld
Ira J. Schaefer
Tedd W. Van Buskirk
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on July 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801
> [jbbefiling@mnat.com]

I further certify that on July 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### *By E-mail and U.S. Mail*

> Frederick A. Lorig, Esquire
> BRIGHT & LORIG, P.C.
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA 90071
> [florig@brightlorig.com]
>
> Carson Veach, Esquire
> FREEBORN & PETERS LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, IL 60606
> [cveach@freebornpeters.com]

> /s/ Karen L. Pascale
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
> Karen L. Pascale (#2903) [kpascale@bmf-law.com]
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> (302) 573-3500
> *Attorneys for Plaintiff/Counterclaim*
> *Defendant, Symbol Technologies, Inc.*