IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff-Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-147-SLR |
| INTERMEC TECHNOLOGIES CORP., a Washington Corporation, | ) ) ) ) | |
| Defendant-Counterclaim Plaintiff. | ) ) | |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Proxim Wireless Networks, Inc., 935 Stewart Drive, Sunnyvale, CA 94085.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#4208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Defendant
  Intermec Technologies Corp.

July 19, 2005

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on July 19, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Karen L. Pascale
Bouchard, Margules & Friedlander

I also certify that copies were caused to be served on July 19, 2005 upon the following in the manner indicated:

### BY HAND

Karen L. Pascale, Esquire
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Eric J. Lobenfeld, Esquire
Hogan & Hartson
875 Third Avenue
New York, NY 10022

/s/    Maryellen Noreika (#3208)
Morris, Nichols, Arsht & Tunnell
(302) 658-9200
mnoreika@mnat.com