IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., a Delaware Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERMEC TECHNOLOGIES CORP., a Washington Corporation,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-147-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Connolly Bove Lodge & Hutz LLP is substituted for the law firm of Bouchard Margules & Friedlander, P.A. as counsel for the plaintiff, Symbol Technologies, Inc. The admissions *pro hac vice* for Symbol are unchanged.

CONNOLLY BOVE LODGE & HUTZ LLP

　/s/ Arthur G. Connolly, III　
Kevin F. Brady (#2248)
　[KBrady@cblh.com]
Arthur G. Connolly, III (#2667)
　[AConnollyIII@cblh.com]
1007 North Orange Street
Post Office Box 2207
Wilmington, DE  19899
(302) 658-9141

BOUCHARD, MARGULES & FRIEDLANDER, P.A.

　/s/ Karen L. Pascale　
Andre G. Bouchard (#2504)
　[abouchard@bmf-law.com]
Karen L. Pascale (#2903)
　[kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
 (302) 573-3500

Dated:  August 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2005, I caused to be electronically filed a true and correct copy of the notice of the foregoing *Notice of Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jack B. Blumenfeld, Esquire [jbbefiling@mnat.com]
> Rodger D. Smith, II, Esquire [rdsefiling@mnat.com]
> MORRIS NICHOLS ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19801

I further certify that on August 5, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

> ### *Via E-mail and Hand Delivery*
>
> Arthur G. Connolly, III
> CONNOLLY BOVE LODGE & HUTZ LLP
> 1007 North Orange Street
> Wilmington, DE 19801
> [AConnollyIII@cblh.com]
>
> ### *Via E-mail and FedEx*
>
> Frederick A. Lorig, Esquire
> Bruce R. Zisser, Esquire
> BRIGHT & LORIG, P.C.
> 633 West Fifth Street
> Suite 3330
> Los Angeles, CA 90071
> [florig@brightlorig.com]
> [bzisser@brightlorig.com]
>
> Carson Veach, Esquire
> Leland W. Hutchinson, Jr., Esquire
> Jennifer Fitzgerald, Esquire
> FREEBORN & PETERS LLP
> 311 South Wacker Driver
> Suite 3000
> Chicago, IL 60606
> [cveach@freebornpeters.com]
> [lhutchinson@freebornpeters.com]
> [jfitzgerald@freebornpeters.com]

/s/ Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
  *Attorneys for Plaintiff,*
  *Symbol Technologies, Inc.*