IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> INTERMEC TECHNOLOGIES CORP., : <br> : <br> Defendant. : <br> _____ : <br> : <br> SYMBOL TECHNOLOGIES, INC., a : <br> Delaware corporation, : <br> : <br> Plaintiff-Counterclaim : <br> Defendant, : <br> : <br> v. : <br> : <br> INTERMEC TECHNOLOGIES CORP., : <br> a Washington corporation, : <br> : <br> Defendant-Counterclaimant. : | Civil Action No. 05-146-GMS <br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 05-147-SLR |

## ORDER

At Wilmington this **9th** day of **August, 2005**.

IT IS ORDERED that a teleconference in the above matters has been scheduled for **Wednesday, January 11, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the matters and the parties' interest in court-assisted ADR. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                                                   /s/ Mary Pat Thynge
                                                   UNITED STATES MAGISTRATE JUDGE