1.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES INC., a Delaware Corporation, | ) ) ) |
| Plaintiff-Counterclaim Defendant, | ) ) |
| v. | ) )  Civil Action No. 05-147-SLR |
| INTERMEC TECHNOLOGIES CORP., a Washington Corporation, | ) ) ) ) |
| Defendant-Counterclaim Plaintiff. | ) ) ) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the Subpoena attached hereto as Exhibit 1 will be served upon Terabeam Wireless, 8000 Lee Highway, Falls Church, VA, 22042.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/   Benjamin Schladweiler (#4601)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Benjamin Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant
  Intermec Technologies Corp.

August 22, 2005

476997

2.

## CERTIFICATE OF SERVICE

I, Benjamin Schladweiler, hereby certify that on August 22, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Arthur G. Connolly, III
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on August 22, 2005 upon the following in the manner indicated:

### BY HAND

>Arthur G. Connolly, III
>Connolly, Bove, Lodge & Hutz
>1007 North Orange Street
>PO Box 2207
>Wilmington, DE 19899

### BY FEDERAL EXPRESS

>Eric J. Lobenfeld, Esquire
>Hogan & Hartson
>875 Third Avenue
>New York, NY  10022

>/s/    Benjamin J. Schladweiler (#4601)
>Morris, Nichols, Arsht & Tunnell
>(302) 658-9200
>bschladweiler@mnat.com