# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 FAX
jblumenfeld@mnat.com

September 14, 2005

BY HAND AND ELECTRONIC FILING

The Honorable Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

> Re:    Symbol v. Intermec; C.A. No. 05-147 (SLR)

Dear Chief Judge Robinson:

Attached is a Scheduling Order including the dates set during the telephone conference this afternoon. If it meets with the Court's approval, the parties request that it be entered.

Respectfully,

Jack B. Blumenfeld (I.D. #1014)

JBB/bav
Attachment

cc:    Peter T. Dalleo, Clerk (By Hand)
       Arthur G. Connolly, III, Esquire (By Hand)
       Eric J. Lobenfeld, Esquire (By Fax)
       Frederick A. Lorig, Esquire (By Fax)
       Carson Veach, Esquire (By Fax)

483231