IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-147-SLR |
| | : | (Lead Case) |
| INTERMEC TECHNOLOGIES CORP., | : | |
| Defendant. | : | |
| _____ | : | |
| SYMBOL TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-528-SLR |
| INTERMEC TECHNOLOGIES CORP., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **21st** day of **September, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 11, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE