# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

December 2, 2005

BY ELECTRONIC FILING

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

> Re:    Symbol v. Intermec, C.A. No. 05-147 (SLR)
>        Symbol v. Intermec, C.A. No. 05-528 (SLR)

Dear Judge Robinson:

        We write to update the Court on the parties efforts to resolve their disputes in the above-referenced action.  As explained in the parties' September 14, 2005 Stipulated Motion for Extension of Time, the parties agreed to stay this case until December 1, pending settlement discussions.  The parties, however, are continuing their discussions, have agreed to engage in non-binding dispute resolution proceedings before a third party and would like to request a further stay of the proceedings before Your Honor.  We expect to work out a timeline for those proceedings in the next few days, and will get back to the Court within the next week with a proposal for an additional stay during the proceedings.

        We are available if the Court would like to discuss this further.

                                        Respectfully,

                                        /s/  Maryellen Noreika (#3208)

                                        Maryellen Noreika

MN/dal

cc:    Peter T. Dalleo, Clerk (By Hand)
       Karen L. Pascale, Esquire (By Hand)
       Eric J. Lobenfeld, Esquire (By Facsimile)
       Frederick A. Lorig, Esquire (By Facsimile)
       Carson Veach, Esquire (By Facsimile)