IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOL TECHNOLOGIES, INC.,           )<br>                                      )<br>        Plaintiff,                    )<br>                                      )<br>     v.                               )   Civ. No. 05-147-SLR<br>                                      )        (Lead)<br> INTERMEC TECHNOLOGIES CORP.,          )<br>                                      )<br>        Defendant.                    )| |

O R D E R

At Wilmington this 14th day of December, 2005, having reviewed the parties' stipulated motion for extension of time to accommodate their settlement discussions;

IT IS ORDERED that said stipulation (D.I. 49) is granted to the following extent: These consolidated cases shall be stayed and all dates taken off my calendar, pending the outcome of the parties' non-binding dispute resolution proceedings before a third party. I decline to reschedule these consolidated cases until said proceedings have proved unsuccessful.

IT IS FURTHER ORDERED that the parties shall arrange a telephonic status conference with me on **April 13, 2006 at 8:30 a.m.**, in order to discuss the status of this litigation and the

need, if any, to reschedule the cases for trial.

                                           _/s/ Sue L. Robinson_
                                           United States District Judge