# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

June 19, 2006

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    <u>Symbol v. Intermec</u>; C.A. No. 05-147 (SLR) (Consolidated)

Dear Chief Judge Robinson:

      I am writing to report on the status of settlement.  The parties have had extensive settlement discussions, but there are outstanding issues that need to be resolved, and the parties respectfully request additional time – until late July – to do so.

      Respectfully,

      */s/ Jack B. Blumenfeld (#1014)*

      Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
        Arthur G. Connolly, III (By Hand)