IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-147 (SLR) |
| INTERMEC TECHNOLOGIES CORP., | ) | (Lead Case) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-528 (SLR) |
| v. | ) | |
| | ) | |
| INTERMEC TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties, subject to the approval of the Court, that this consolidated action, including all claims and counterclaims, is dismissed without prejudice, with each party to bear its own costs.

2

| CONNOLLY, BOVE, LODGE & HUTZ | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Arthur G. Connolly, III (#2667) | Jack B. Blumenfeld (#1014) |
| The Nemours Building | 1201 N. Market Street |
| 1007 N. Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE  19899 |
| Wilmington, DE  19899 | (302) 658-9200 |
| (302) 658-9141 |   Attorneys for Intermec Technologies Corp. |
|   Attorneys for Symbol Technologies, Inc. | |

SO ORDERED this ____ day of _____, 2006.


_____
United States District Court Judge