## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-147 (SLR) |
| INTERMEC TECHNOLOGIES CORP., | ) | (Lead Case) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ———— ——— ———— | ) | |
| | ) | |
| SYMBOL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-528 (SLR) |
| v. | ) | |
| | ) | |
| INTERMEC TECHNOLOGIES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties, subject to the approval of the Court, that this consolidated action, including all claims and counterclaims, is dismissed without prejudice, with each party to bear its own costs.

CONNOLLY, BOVE, LODGE & HUTZ         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Arthur G. Connolly, III*                    */s/ Jack B. Blumenfeld*

Arthur G. Connolly,II I (#2667)              Jack B. Blumenfeld (#1014)
The Nemours Building                          1201 N. Market Street
1007 N. Orange Street                         P.O. Box 1347
P.O. Box 2207                                 Wilmington, DE 19899
Wilmington, DE 19899                          (302) 658-9200
(302) 658-9141                                Attorneys for Intermec Technologies Corp.
Attorneys for Symbol Technologies, Inc.

SO ORDERED this ____ day of _____, 2006.


United States District Court Judge